JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| NATIONAL PRIVATE LABEL, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BAOR PRODUCTS, S.L., DOES 1-10,<br><br>Defendants. | Case No.: 8:21-CV-01266-DOC-JDE<br><br>**JUDGMENT [30]** |

 Defendant Baor Products, S.L. failed to plead or otherwise defend in this action after being duly served per this Court's Order (Dkt. 23), and default was accordingly entered on March 14, 2022 (Dkt. 26). Upon application of Plaintiff and upon declaration that Defendant Baor Products, S.L. is indebted to plaintiff National Private Label, LLC in the principal sum of $645,468.76 plus pre-judgment interest thereon, that defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, it is hereby ORDERED, ADJUDGED, AND DECREED, that plaintiff National

Private Label, LLC, recover from Defendant Baor Products, S.L., the sum of $645,468.76, plus costs and interest according to law from the date of this judgment until the entire amount is paid.

This judgment is entered by the Court at the request of Plaintiff, in accordance with rule 55(b)(2) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATE: March 29, 2022

*David O. Carter*

DAVID O. CARTER
U.S. DISTRICT COURT JUDGE

2