UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| NATIONAL PRIVATE LABEL, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BAOR PRODUCTS, S.L., DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 8:21-CV-01266-DOC-JDE<br><br>**AMENDED FINAL JUDGMENT** |

  This Judgment VACATES and SUPERSEDES the Court's prior Judgment (Dkt. 32). Defendant Baor Products, S.L. failed to plead or otherwise defend in this action after being duly served per this Court's order (Dkt. 23), and default was accordingly entered on March 14, 2-22 (Dkt. 26). Upon application of Plaintiff and upon declaration that Defendant Baor Products, S.L. is indebted to Plaintiff National Private Label, LLC in the principal sum of $645,468.76 plus pre-judgment interest thereon and costs, that defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure,

1

after being duly served, it is hereby ORDERED, ADJUDGED, AND DECREED, that Plaintiff National Private Label, LLC, recover from Defendant Baor Products, S.L., the sum of $645,468.76, plus pre-judgment interest in the amount of $43,325.99 and costs (per Bill of Costs) according to law from the date of this judgment until the entire amount is paid.

    This judgment is entered by the Court at the request of Plaintiff, in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATE: April 1, 2022

_/s/ David O. Carter_
DAVID O. CARTER
U.S. DISTRICT COURT JUDGE